DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. # 111435

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**DRAPESTYLE, INC.**

                              Plaintiff / Petitioner,

vs.

**AMY PEARCE**

                            Defendant / Respondent.

NO. CV15-02371 DKD
CERTIFICATE OF SERVICE

**OUT OF TOWN SERVICE**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES, AFFIDAVIT OF CUSTODIAN OF RECORDS**

from **Bradley H. Schleier c/o SCHLEIER LAW OFFICES** on 5/26/16;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** LISA SINATRA

**DATE & TIME:** 6/5/16 5:05pm
**PLACE & MANNER:** 1921 LEEWARD LANE NEWPORT BEACH, CA 92660, which is his/her usual place of abode. In person.

Witness fee tendered in the amount of $40.00
Date of Appearance: June 17, 2016 at 10:00 am

**Statement of Costs**

| | |
|---|---|
| Services | $35.00 |
| Mileage | |
| Sp. Handl. | $60.00 |
| Witness | |
| Advances | |
| Cert. Prep | $10.00 |
| Other | $3.50  S/C |
| **Total** | **$108.50** |

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | | | |
| Attorney for: | | Ref. No. or File No.: 111435 | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California

Applicant: DRAPESTYLE, INC.
: AMY PEARCE

| PROOF OF SERVICE SUBPOENA TO PRODUCE | Hearing Date: Fri, Jun. 17, 2016 | Time: 10:00AM | Dept/Div: | Case Number: CV15-02371 DKD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS; OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; AFFIDAVIT OF CUSTODIAN OF RECORDS

3. a. Party served: LISA SINATRA
   b. Person served: party in item 3.a., White, Female, 45 Years Old, Blond Hair, Blue Eyes, 5 Feet 4 Inches, 120 Pounds

4. Address where the party was served: 1921 LEEWARD LANE
   NEWPORT BEACH, CA  92660

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Jun. 05, 2016 (2) at: 5:05PM
   b. I received this subpoena for service on: Tuesday, May 31, 2016

6. Witness fees were offered or demanded, and paid: $40.00

7. **Person Who Served Papers:**
   a. RYAN  LUSTIG
   b. DL INVESTIGATIONS & ATTORNEY SUPPORT LLC
   7501 N. 16TH Street, 2nd Fl
   PHOENIX, AZ  85020
   c. 602.285.9901

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  6373
      (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
Date: Mon, Jun. 06, 2016

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUBPOENA TO PRODUCE

(RYAN LUSTIG)

2859901.50814