**SCHLEIER LAW OFFICES, P.C.**
3101 N. Central Avenue, Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-0157
Facsimile: (602) 230-9250

TOD F. SCHLEIER, ESQ.  #004612
Email: tod@schleierlaw.com
BRADLEY H. SCHLEIER, ESQ.  #011696
Email: brad@schleierlaw.com

Attorneys for Plaintiff/Counterdefendant DrapeStyle, Inc., and
Ardith and David Andjelich, Third Party Defendants

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| DrapeStyle, Inc., an Arizona corporation, | Case No. CV15-02371-DKD |
| Plaintiff/Counterdefendant | |
| v. | **NOTICE OF INTENT TO SERVE SUBPOENAS** |
| Amy Pearce, a single woman, | |
| Defendant/Counterclaimant | |
| Amy Pearce, a single woman, | |
| Third Party Plaintiff, | |
| v. | |
| Ardith A. Andjelich and David N. Andjelich, | |
| Third Party Defendants. | |

Pursuant to Rule 45, Fed.R.Civ.P., DrapeStyle, Inc., Ardith and David Andjelich, through counsel undersigned hereby provide notice of intent to serve Subpoenas directed to Marloy, Inc., Superior Window Coverings, Inc., and Beach Drapery Services, Inc.

-1-

DATED this 7th, day of September, 2016.

SCHLEIER LAW OFFICES, P.C.

/s/ Bradley H. Schleier
Bradley H. Schleier
Attorneys for Plaintiff/Counterdefendant
DrapeStyle, Inc., Third Party Defendants Ardith
and David Andjelich

**CERTIFICATE OF MAILING**

I hereby certify that on this 7th, day of September, 2016, I electronically filed the foregoing **NOTICE** with the U.S. District Court Clerk using the CM/ECF System which will send notification to the following:

Samuel R. Randall
RANDALL LAW, PLLC
2729 North 7th Street
Phoenix, Arizona 85006
Attorneys for Defendant/Counterclaimant
Third Party Plaintiff Pearce

/s/ Mary H. Portillo