# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

**CV-15-2371-PHX-DKD**                                        DATE: November 17, 2016

Title: DrapeStyle Incorporated vs. Pearce
                Plaintiff         Defendant

==================================================================

HON:  David K. Duncan                 Judge # 70BL/DKD

    Caryn Smith                         CourtSmart
    Deputy Clerk                         Recorded

**APPEARANCES:**

Bradley Schleier for Plaintiffs
Defendant, Amy Pearce, has failed to appear

==================================================================
**PROCEEDINGS:**     **X**  Open Court     _____ Chambers     _____ Other

This is the time set for Status Hearing re: Discovery Dispute. Defendant continues to fail to appear as ordered. This matter was previously set telephonically on November 4, 2016 for which Defendant failed to appear so the Court, in an abundance of caution, ordered all parties to appear in person. The Order setting today's hearing, which included a warning of the potential sanctions for failing to appear, was mailed to Defendant. Pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, failure to participate in discovery and failure to comply with discovery orders is a sanctionable offense and includes the sanction of entry of default. IT IS THEREFORE ORDERED that a Default Hearing is to be set. Plaintiffs shall determine their availability and contact the Court for a hearing date.

Time in court: 11 min (3:39 PM – 3:50 PM)